UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

YARYLIN SOLANO ALVARADO

CASE NO. 6:16-cr- 125-Orl- 37 KRS
18 U.S.C. § 641
18 U.S.C. § 1028A
18 U.S.C. § 1542
7 U.S.C. § 2024
18 U.S.C. § 611
7 U.S.C. § 2024(f) - Forfeiture
18 U.S.C. § 981(a)(1)(C) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture
18 U.S.C. § 982(a)(6) - Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on or about March 1, 2009, and continuing through on or about July 31, 2013, in Orange County, in the Middle District of Florida, and elsewhere,

**YARYLIN SOLANO ALVARADO**

the defendant herein, did knowingly and willfully steal, embezzle, purloin and convert to her own use and the use of another, more than $1,000 of money that belonged to the United States and the U.S. Department of Health and Human Services, a department and agency of the United States, with the intent to deprive the United States and the U.S. Department of Health and Human Services of the use and benefit of the money.

All in violation of Title 18, United States Code, Section 641.

## COUNT TWO

Beginning on or about March 1, 2009 and continuing to on or about July 31, 2013, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### YARYLIN SOLANO ALVARADO

the defendant herein, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to the felony offense of theft of government funds, in violation of Title 18, United States Code, Section 641, as charged in Count One of this Indictment, knowing that such means of identification belonged to an actual person.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT THREE

On or about August 24, 2014, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### YARYLIN SOLANO ALVARADO

the defendant herein, did knowingly and willfully make a false statement in her application for a United States passport, Form DS-11 (Application for a U.S. Passport), with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that defendant, in support of her application for a United States passport, falsely stated she was Y.C.R., born in Puerto Rico, and as proof of such identity, she

2

attached a fraudulent notification of birth registration stating she was Y.C.R. when, as the defendant then and there well knew, her true birth name was Yarylin Solano Alvarado, who was born in the Dominican Republic.

All in violation of Title 18, United States Code, Section 1542.

## COUNT FOUR

On or about August 24, 2014, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### YARYLIN SOLANO ALVARADO

the defendant herein, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to the felony offense of false statement in application for a United States passport, in violation of Title 18, United States Code, Section 1542, as charged in Count Three of this Indictment.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FIVE

Beginning on or about June 10, 2009, and continuing to on or about June 16, 2016, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

### YARYLIN SOLANO ALVARADO

knowingly used, transferred, acquired, and possessed Supplemental Nutrition Assistance Program (SNAP) benefits having a value of $5,000 or more, in a manner contrary to Chapter 51 of Title 7 of the United States Code and the

3

regulations issued pursuant to such chapter, and knowing that her use, transfer, acquisition of, and possession of SNAP benefits was contrary to law and regulations.

All in violation of Title 7, United States Code, Section 2024(b)(1).

## COUNT SIX

On or about November 6, 2012, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

## YARYLIN SOLANO ALVARADO

an alien, knowing she was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for federal office, to wit, an election held in part for the election of the President of the United States.

All in violation of Title 18, United States Code, Section 611.

## FORFEITURE

1.     The allegations contained in Counts One, Three, and Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 7, United States Code, Section 2024(f), Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(6), and Title 28, United States Code, Section 2461(c).

2.     Upon conviction of the violation alleged in Count One of this Indictment, the defendant, **YARYLIN SOLANO ALVARADO**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real

4

or personal, which constitutes or is derived from proceeds traceable to said violation.

3. Upon conviction of the violations alleged in Count Three of this Indictment, the defendant, **YARYLIN SOLANO ALVARADO**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 982(a)(6), any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense and any property real or personal – that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense or that is used to facilitate, or is intended to be used to facilitate, the commission of the offense.

4. Upon conviction of the violation alleged in Count Five of this Indictment, the defendant, **YARYLIN SOLANO ALVARADO**, shall forfeit to the United States of America pursuant to Title 7, United States Code, Section 2024(f), Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c) all property, real and personal, used in a transaction or attempted transaction, to commit, or to facilitate the commission of the offense or proceeds traceable to a violation of this section.

5. The property to be forfeited includes, but is not limited to, the following: $27,282.83 in U.S. Currency.

6. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

5

b.      has been transferred or sold to, or deposited with, a third

party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be

divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

under the provisions of Title 21, United States Code, Section 853(p), as

incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28,

United States Code, Section 2461(c).

A TRUE BILL,

_M-Elise Wilson_
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Christina R. Downes
Special Assistant United States Attorney

By: _____
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

6

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

Yarylin Solano Alvarado

## INDICTMENT

Violations:
18 U.S.C. § 641
18 U.S.C. § 1028A
18 U.S.C. § 1542
 7 U.S.C. § 2024
18 U.S.C. § 611

A true bill,

_M. Elise Wilber_

Foreperson

Filed in open court this 7th day

of July, 2016.

_____
Clerk

Bail   $_____

GPO 863 525